**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

JOSEPH S. GARWOOD,

      Petitioner,

vs.                                        CASE NO. 4:08cv501/RS-WCS

ALAN PASCAL,

      Respondent.

_____/

**ORDER**

Before me are the Magistrate Judge's Report and Recommendation (Doc. 5) and Petitioner's Response (Doc. 6). I have considered Petitioner's response *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's Complaint (Doc. 1) is dismissed because of failure to state a claim upon which relief may be granted.

3. The clerk is directed to close the file.

**ORDERED** on December 5, 2008.

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**